**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **EQUALTOX, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  EqualTox Laboratory** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5375456** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **550 N Golden Circle Dr.** <br> **Santa Ana, CA 92705-3959** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **equaltox.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | EQUALTOX, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6215

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **EQUALTOX, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Sulaiman Masood** | Relationship | **Owner** |
|---|---|---|---|---|
| | District | **Central District** | When | **10/24/23** | Case number, if known | **8:23-bk-12198-SC** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **EQUALTOX, LLC**
_____
Name                                                    Case number (*if known*) _____

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **EQUALTOX, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 27, 2023**
              MM / DD / YYYY

X _____           **Sulaiman Masood**
Signature of authorized representative of debtor    Printed name

Title   **Member and Manager**

---

**18. Signature of attorney**   X  */s/ Robert S. Marticello*          Date  **October 27, 2023**
                                Signature of attorney for debtor              MM / DD / YYYY

**Robert S. Marticello**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 445-1000**    Email address  **rmarticello@swelawfirm.com**

**244256 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **EQUALTOX, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A California Lab Choice 3401 Fujita St Torrance, CA 90505** | | **Trade debt** | | | | **$22,065.32** |
| **Alejandro Portales Portales Law, PC 206 W 4th Street Suite 307 Santa Ana, CA 92701** | | **Legal fees** | | | | **$600,000.00** |
| **American Express c/o CT Corporation System, Agent 28 Liberty Street New York, NY 10005** | | **Credit Card** | | | | **$6,249.11** |
| **Anthem Blue Cross c/o CT Corporation System 28 Liberty Street New York, NY 10005** | | **Health insurance premium** | | | | **$10,500.00** |
| **Anthem Blue Cross Life and Health Insurance Company 21215 Burbank Blvd Woodland Hills, CA 91362** | | **Judgment on appeal** | **Disputed** | | | **$7,682,239.86** |
| **California Statewide Certified Dev c/o Jeff Boone, Agent for Service 3600 American River Dr, Suite 147 Sacramento, CA 95864** | | **Guarantee** | **Contingent** | | | **$367,699.77** |

| Debtor | **EQUALTOX, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Chase Credit Card c/o CT Corporation System, Agent 28 Liberty Street New York, NY 10005** | | **Credit Card** | | | | **$25,000.00** |
| **Coast to Coast PO Box 660831 Dallas, TX 75266-0831** | | **Equipment Lease** | | | | **$2,231.55** |
| **Compugroup CGM Lab 10901 Stonelake Blvd, Suite 200 Austin, TX 78759** | | **Lab software** | | | | **$7,575.00** |
| **Filtrous, Inc. 8006 Cameron Rd, Suite A Austin, TX 78752** | | **Trade debt** | | | | **$20,000.00** |
| **Henry Schein 135 Duryea Road Melville, NY 11747** | | **Trade debt** | | | | **$40,000.00** |
| **Immunalysis Corporation PO Box 102317 Pasadena, CA 91189** | | **Trade debt** | | | | **$3,879.47** |
| **Laboratory Specialists Int'l PO Box 250 Millsap, TX 76066** | | **Trade debt** | | | | **$2,500.00** |
| **MCNB Corporation 649 Marketview Irvine, CA 92602** | | **Sales rep commission** | **Contingent Unliquidated** | | | **$3,000.00** |
| **Melissa Borge 1509 Green Field Ave Los Angeles, CA 90025** | | **Sales rep commission** | **Contingent Unliquidated** | | | **$13,235.00** |
| **Prodigy Scientific 7098 Miratech Dr, Suite 120 San Diego, CA 92121** | | **Equipment maintenance** | | | | **$12,497.64** |
| **Southern California Edison c/o Cristina Limon, Agent for Serv 2244 Walnut Grove Ave Rosemead, CA 91770** | | **Utilities** | | | | **$5,238.00** |

| Debtor | **EQUALTOX, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tebra Technologies, Inc.** **c/o Incorporating Services, Ltd.** **3500 S Dupont Highway** **Dover, DE 19901** | | **Billing Software - monthly** | | | | **$3,800.00** |
| **The Dough Project** **2509 W Beryl Ave** **Anaheim, CA 92804** | | **Lease of 16250 Stella Circle, Tustin, CA 92606** | | | | **$15,000.00** |
| **Trinity Biotech** **PO Box 74980** **Cleveland, OH 44194-1063** | | **Trade debt** | | | | **$50,000.00** |

EQUALTOX, LLC
550 N Golden Circle Dr.
Santa Ana, CA 92705-3959


Robert S. Marticello
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


A California Lab Choice
3401 Fujita St
Torrance, CA 90505


A&K Billing
1562 Parkway Loop Suite B
Tustin, CA 92780


Adobe Acrobat
345 Park Ave
San Jose, CA 95110-2704


Ahmad Kohzad
220 S Mall Way
Anaheim, CA 92804


Alejandro Portales
Portales Law, PC
206 W 4th Street Suite 307
Santa Ana, CA 92701


Alexis K. Hernandez
15555 Huntington Village Ln
Huntington Beach, CA 92647

Alyssa Wightman
13386 Windy Grove Dr
Rancho Cucamonga, CA 91739


American Express
c/o CT Corporation System, Agent
28 Liberty Street
New York, NY 10005


Amir R Lutfi
517 S Hampton Street
Anaheim, CA 92804


Angelina Cevallos
4244 Woodward Ave
Norco, CA 92860


Annette Castillo
7799 Valley View Apt H220
La Palma, CA 90623


Anthem Blue Cross
c/o CT Corporation System
28 Liberty Street
New York, NY 10005


Anthem Blue Cross Life and
Health Insurance Company
21215 Burbank Blvd
Woodland Hills, CA 91362


Ashly Ng
2189 Los Ranchitos Rd
Chino Hills, CA 91709

Ashly Riviera
14571 Sail St
Garden Grove, CA 92843


AT&T
4331 Communications Dr Flr 4W
Dallas, TX 75211


Athenahealth, Inc.
PO Box 415615
Boston, MA 02241


Attiquallah Lutfi
313 S Baker St
Anaheim, CA 92804


Axiom Diagnostics Inc.
4309 W Tyson Ave
Tampa, FL 33611


Bianca Tang
850 Town and Country Rd #233
Orange, CA 92868


Bio-Rad
1000 Alfred Noble Drive
Hercules, CA 94547


Biopool US Inc.
c/o CSC - Lawyers Incorporating Ser
2710 Gateway Oaks Dr
Sacramento, CA 95833

Blue Cross of California
dba Anthem Blue Cross
21215 Burbank Blvd
Woodland Hills, CA 91362


Borthwick & McLaughlin LLC
78365 Highway 11
La Quinta, CA 92253


Brandee Lemcke
10198 Kemper Ave
Adelanto, CA 92301


Breanna Salas
17034 Inyo St
La Puente, CA 91744


Brittany Turong
8201 Larson Ave Unit A
Garden Grove, CA 92844


Brittnee Clark
4217 E Lee St Apt 8
Tucson, AZ 85712


Brizza Orozco
13947 Iris Dr
Fontana, CA 92335


Bryan T. Leonard
1704 S Norfolk Lane
Anaheim, CA 92802

California Statewide Certified Dev
c/o Jeff Boone, Agent for Service
3600 American River Dr, Suite 147
Sacramento, CA 95864


Carlos Barahona
649 Markview
Irvine, CA 92602


Caroline Guthrie
242 Spencer St
Folsom, CA 95630


Casey Nguyen
11441 Tacoma Street
Garden Grove, CA 92840


Chanelle Medina
3530 E La Palma Ave Apt 443
Anaheim, CA 92806


Chase Credit Card
c/o CT Corporation System, Agent
28 Liberty Street
New York, NY 10005


Cheryl Wilson
48191 Birdie Way
Palm Desert, CA 92260


Chevron Gas Card
6001 Bollinger Canyon Road
San Ramon, CA 94583

Christine Hao
70 Clearbrook
Irvine, CA 92614


Christopher Rosales
9751 Harle Ave
Anaheim, CA 92804


Coast to Coast
PO Box 660831
Dallas, TX 75266-0831


Coast to Coast Business Equip
PO Box 609
Cedar Rapids, IA 52406


Compugroup CGM Lab
10901 Stonelake Blvd, Suite 200
Austin, TX 78759


County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


Cristal Jimenez
405 S Daisy Ave #B
Santa Ana, CA 92703


Dana M Minikus
12246 Meadow Dr
Artesia, CA 90701

Danielle Collins
2362 Cowlin Ave
Commerce, CA 90040


Danny Lopez
45622 Palm Lane
Lancaster, CA 93535


DanyAle J Escobar
1741 Anza Ave
Vista, CA 92084


Dartanyuan Hernandez
15966 Manua Loa St
Hesperia, CA 92345


Destiny Limas
18850 5th St
Bloomington, CA 92316


Dharmesh Patel
7019 E Monaco Parkway
Orange, CA 92867


Diana Valles
14877 Shetland Lane
Fontana, CA 92336


Donyale Escobar
1741 Anza Ave
Vista, CA 92084

Dustin B. Provencio
10330 E Briar Oaks Apt. E
Stanton, CA 90680


Edgar Hernandez I
8930 Pacific Ave, Apt. C
Anaheim, CA 92804


Edward Castellanos
18208 Desidia St
Rowland Heights, CA 91748


Efficient X-Ray, Inc.
9650 Topanga Canyon Place
Chatsworth, CA 91311


Elisa Santizo
74677 Morning Dr
Twentynine Palms, CA 92277


Elvia Romo
1341 S Ross St
Santa Ana, CA 92707


Erika Alford
15568 Brookhurst St #347
Westminster, CA 92684


Eugennia Long
317 E La Palma Ave #30
Anaheim, CA 92801

Evanzueda Vendiola
941 S Osage Ave Apt. 307
Inglewood, CA 90301


EZ Clocker
6010 W. Spring Creek Pkwy, Suite G
Plano, TX 75024


Farshad Nemati
6 Morning Dove
Irvine, CA 92604


Fatima Lutfi
517  S Hampton St
Anaheim, CA 92804


Fernando Ramirez
1630 Whitewood Ct
Corona, CA 92882


Filtrous, Inc.
8006 Cameron Rd, Suite A
Austin, TX 78752


First Citizens BancShares, Inc.
c/o CT Corporation System, Agent
28 Liberty Street
New York, NY 10005


Foundation Laboratory
1716 W Holt Ave
Pomona, CA 91768

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


French Consulting GmbH
3540 Varna Ave
Sherman Oaks, CA 91423


German Lopez Cedillo
4723 E Compton Blvd
Compton, CA 90221


Gladys Rojas
3534 W Ball Road Apt 251
Anaheim, CA 92804


Gloria Camacho
58674 Sun Mesa Drive
Yucca Valley, CA 92284


Guadalupe Alvarado
9692 Crestwood Ln
Anaheim, CA 92804


Guadalupe Magana
3648 Leroy St
San Bernardino, CA 92404


Hashim J. Lutfi
2509 W Beryl Ave
Anaheim, CA 92804

Heather Lemcke
10198 Keper Ave
Adelanto, CA 92301


Henry Schein
135 Duryea Road
Melville, NY 11747


Henry Schein Medical System, Inc.
c/o CSC, Agent
251 Little Falls Drive
Wilmington, DE 19808


Hunter Pearson
5314 N River Run Dr
Provo, UT 84043


Huong Che
27061 Benidorm
Mission Viejo, CA 92692


Immunalysis Corporation
PO Box 102317
Pasadena, CA 91189


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jack Arisdakessian
PO Box 3126
CA 91369

Jacob Mohamed
920 A Amherst Cir
Anaheim, CA 92807


Jaleh F. Samani
4 Seacliff
Trabuco Canyon, CA 92679


Jaleh Samani
4 Seacliff
Trabuco Canyon, CA 92679


Jamie Weber
5150 W Ramsey St Unit A
Banning, CA 92220


Jared Macias
300 N Newell Pl
Fullerton, CA 92832


Jasmine Rocha
6201 Marian Ave
Buena Park, CA 90620


Jawad Haidari
220 S Mall Way
Anaheim, CA 92804


Jesse Hernandez
4080 N F St Apt C
San Bernardino, CA 92407

Jinoh Lutfi
2509 W Beryl Ave
Anaheim, CA 92804


Jocelyn Moreno
2600 W La Habra Blvd Apt. 224
La Habra, CA 90631


Joette Ceballos
19240 Huntington St
Huntington Beach, CA 92648


John Galvan
6404 Lord Ave
Pico Rivera, CA 90660


Jose Aguilar
8456 Santa Berta Way
Buena Park, CA 90620


Joshua Garcia
2362 Cowlin Ave
Commerce, CA 90040


Juan Cerpas
2322 N Wright St
Santa Ana, CA 92705


Justin J Mifflin
6871 Standford Ave
Garden Grove, CA 92845

Karen Iorio
1947 E Leisure Ln
Fort Mohave, AZ 86426


Kayla Wicksnin
1800 E Lakeshore Dr #2109
Lake Elsinore, CA 92530


Kendra Baun
21292 Stonetower
Trabuco Canyon, CA 92679


Kendra Woodward
1085 Eagles Bluff Dr
Weatherford, TX 76087


Kevin Maekawa
2190 E Chapman Ave #F
Fullerton, CA 92831


Kiara Alexander
782 Berry St
Colton, CA 92324


Kimberly Minchey
7195 Wild Lilac Ct
Corona, CA 92880


Kirsten Norman
7821 Davmor Ave
Stanton, CA 90680

Kyle Avarell
PO Box 99
CA 92353


Lab Choice Supplies
c/o Mais Arutiunian, Agent for Serv
22024 Lassen St, Unit 104
Chatsworth, CA 91311


Laboratory Specialists Int'l
PO Box 250
Millsap, TX 76066


Ladwan Sherman
1540 Cambridge Ct
West Covina, CA 91791


Leo Escutia
1040 W MacArthur Blvd #25
Santa Ana, CA 92707


Lesha Richardson
1400 W Edgehill Rd Apt. 48
San Bernardino, CA 92405


Linda Elsharkawy
10962 Jean Street
Anaheim, CA 92804


Lorena Castillo
15443 Vita Cartagena
Hesperia, CA 92345

Lorena Palafox
2932 Allred St
Lakewood, CA 90712


Lorena Ruiz
9941 Ramona St Apt 7
Bellflower, CA 90706


M and L Consulting
2509 W Beryl Ave
Anaheim, CA 92804


Marcela R Rodriguez
1479 Downing Ct
Corona, CA 92882


Margo Anderson
5602 Baja Dr
CA 92215


Maria Reynaga
2250 Darby St Space 15
San Bernardino, CA 92407


Marlen Soriano Hernandez
12501 Camos Ln #2
Garden Grove, CA 92841


Maycha Vang
15910 Pasadena Ave #34
Tustin, CA 92780

MCNB Corporation
649 Marketview
Irvine, CA 92602


Melissa Borge
1509 Green Field Ave
Los Angeles, CA 90025


MEND Water Company, Inc.
620 Newport Center Drive, #1100
Newport Beach, CA 92660


Michael Romo
1217 S Sullivan
Santa Ana, CA 92704


Michelle Frieze
10198 Kemper Ave
Adelanto, CA 92301


Michelle Haggard
771 Windy Pass Rd
Barstow, CA 92311


Miguel Pulido
615 W Santa Clara Ave
Santa Ana, CA 92706


Min Tuan Pham
401 Downey Ln
Placentia, CA 92870

Mohamad Chokr
11121  Dino Circle #35
Garden Grove, CA 92840


Mohammad R. Lutfi
2509 W Beryl Ave
Anaheim, CA 92804


Mohammed Ahadi
432 S Valley Street
Anaheim, CA 92804


Monga Mokwala
2176 Cedar Glen Cir
Corona, CA 92879


Monica Damian
1328 Cypress Ave
Santa Ana, CA 92707


Nancy Tsao
7646 Channel View St
Chino, CA 91708


Neha Naran
2717 West Sunset Blvd
Los Angeles, CA 90026


Nicolas Hernandez

Nicole Tate
228 Arabella
Oceanside, CA 92057


Nikhil Vallabh
7510 Shady Glen Circle
Huntington Beach, CA 92648


Norma Delgado
468 E Evans St
San Bernardino, CA 92404


Pablo Villicana
2617 Madison Street
Long Beach, CA 90810


Patricia Acosta
300 N Newell Place
Fullerton, CA 92832


Paula Onate
2346 S Cucamonga Ave #12
Ontario, CA 91761


Pedro Bernal
7487 Madison Ave
Lemon Grove, CA 91945


Philip McGraw
229 W Wilson St #11
Costa Mesa, CA 92627

Pricewaterhouse Coopers Public Sec
c/o Wells Fargo Bank NA
Corporate Trust Services - SBA 504
9062 Old Annapolis Road
Columbia, MD 21045-1951


Prodigy Scientific
7098 Miratech Dr, Suite 120
San Diego, CA 92121


Providence Capital Funding Inc.
c/o Mark M Scott, Agent for Service
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017


Quasar Instruments
4835 Cenntenial Blvd
Colorado Springs, CO 80919


R.J. Brandes
PO Box 609
San Juan Capistrano, CA 92693


Rachel Garcia
3340 W Orange Ave #5
Anaheim, CA 92804


Raeann Rossignol
13279 W Drive Unit A
Desert Hot Springs, CA 92240


Rafael Rocha
8279 Lampson Ave
Garden Grove, CA 92841

Raylene Ibarra
2825 E Kendall Ln
Ontario, CA 91761


Rebecca Sanchez
100 Wiseman Way Apt C
Upland, CA 91786


Renee Castruita
8955 Fremontia Ave
Fontana, CA 92335


Ricardo Lopez
2551 Malabar St
Los Angeles, CA 90033


Ring Central
20 Davis Drive
Belmont, CA 94002


Rodney Wilkinson Law Firm PC
2576 N 860 E
Provo, UT 84604


Sagebrush LLC
Attn. Aaron Baily, General Counsel
1310 E. Chapman Ave, #180
Fullerton, CA 92831


Salmassi MD Inc
1205 Garces Hwy Ste 306
Delano, CA 93215

Sasha Gorodkin
1321 Barstow Rd #D
Barstow, CA 92311


Shadow Strategy LLC
920 Amherst Circle
Anaheim, CA 92807


Shred-It USA LLC
2355 Waukegan Rd
Bannockburn, IL 60015


Sophia Reyes
806 Granada Ct
Redlands, CA 92374


Southern California Edison
c/o Cristina Limon, Agent for Serv
2244 Walnut Grove Ave
Rosemead, CA 91770


State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Stephanie Chavez
4149 Mountain Dr
San Bernardino, CA 92407


Stephanie Sokol
6308 Via Colinita
Rancho Palos Verdes, CA 90275

Steven Espinoza
31 Greco Aisle
Irvine, CA 92614


Sulaiman A. Massod
511 S Greenwich St
Anaheim, CA 92804


Sunita Kaul
6 Morning Dove
Irvine, CA 92604


Sunwest Bank
18302 Irvine Blvd, Suite 100
Tustin, CA 92780


Susmitha Gopavarapu
19 Trapani
Irvine, CA 92614


Syrus Collins
8279 Lampson Ave
Garden Grove, CA 92840


Taylor Ferreira
605 Sugarloaf Blvd
Big Bear City, CA 92314


Tebra Technologies, Inc.
c/o Incorporating Services, Ltd.
3500 S Dupont Highway
Dover, DE 19901

Tesla Motors Inc.
c/o CT Corporation System
330 N Brand Blvd, Suite 700
Glendale, CA 91203


The Dough Project
2509 W Beryl Ave
Anaheim, CA 92804


The Remm Group
15991 Red Hills Ave Suite 200
Tustin, CA 92780


Thien Tho Ngog Ho
10605 Dorothy Ave
Garden Grove, CA 92843


Timothy Benter
55891 Santa Fe Trail
Yucca Valley, CA 92284


Tommy N Chou
5572 Yuba Ave
Westminster, CA 92683


Toyota Financial Services
c/o CT Corporation, Agent for Serv
28 Liberty Street
New York, NY 10005


Trinity Biotech
PO Box 74980
Cleveland, OH 44194-1063

True Help LLC
11891 Bryant Street
Yucaipa, CA 92399


Tyre Warren
2612 N E Street
San Bernardino, CA 92405


Vaness Equihua
8505 Passons Blvd
Pico Rivera, CA 90660


Vanessa Equihua
9015 Bluford Ave
Whittier, CA 90602


Veolia WTS Services
c/o CT Corporation System, Agent
28 Liberty Street
New York, NY 10005


Veronica Bustos
9911 Harvest Lane
Anaheim, CA 92804


West Pac Laboratories
10200 Pioneer Blvd, Suite 500
Santa Fe Springs, CA 90670


Yesenia Esparza
2222 W 10th St
Santa Ana, CA 92703