**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Proposed Counsel for Equaltox, LLC, Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-12243-SC |
| EQUALTOX, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF SULAIMAN MASOOD IN SUPPORT OF:** |
| | **(1) EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND TURNOVER OF ESTATE PROPERTY;** |
| | **(2) EMERGENCY MOTION FOR ORDER AUTHORIZING CONTINUED USE OF DEBTORS' PRE-EXISTING CASH MANAGEMENT SYSTEM; AND** |
| | **(3) EMERGENCY MOTION FOR ORDER: (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE; (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER 11 U.S.C. § 366** |
| | **[Hearing to be Set]** |

2959238.1    DECLARATION

## **DECLARATION OF SULAIMAN MASOOD**

I, Sulaiman Masood, declare as follows:

1. I am the sole owner and manager of Equaltox, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the following: (1) the *Emergency Motion for Order Authorizing Use of Cash Collateral and Turnover of Property* (the "Cash Collateral Motion"); (2) the *Emergency Motion for Order Authorizing Continued Use of Debtors' Pre-Existing Cash Management System* (the "Cash Management Motion"); and (3) the *Emergency Motion for Order: (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Deeming Utilities Adequately Assured of Future Performance; and (C) Establishing Procedures for Determining Adequate Assurance of Payment Under 11 U.S.C. § 366* (the "Utility Motion"). Unless otherwise defined in this declaration, all terms defined in the Cash Collateral Motion are incorporated herein by this reference.

2. The Debtor is a clinical laboratory licensed by the California Department of Public Health. The Debtor is accredited by the Centers for Medicare and Medicaid Services and Commission on Office Laboratory Accreditation to perform laboratory tests for medical diagnosis and treatment, as well as toxicology and other similar tests, such as COVID-19 tests. For example, the Debtor provides COVID-19 testing for three shelters in Orange County every Thursday (Anaheim, Santa Ana, and Fullerton). As a toxicology laboratory, the Debtor provides tests related to the treatment of mental health disorders, alcoholism, and other substance abuse disorders. The Debtor currently employs 20 persons.

3. I was born in 1980 in Kabul, Afghanistan and immigrated to the United States when I was seven years old. I graduated in 2007 from Loma Linda University with a PharmD degree in 2007.

4. The Debtor owns a real property, its office, located at 550 N. Golden Circle Dr., Santa Ana, California 92705 (the "Golden Circle Property"). The Debtor acquired the Golden Circle Property in March 2023 with two loans from Sunwest Bank, one secured by a first trust deed in the amount of $1,562,200 and another secured by a second trust deed in the amount of $1,249,760. In May 2023, the second-in-position loan was repaid via an SBA 504 loan by California Statewide Certified Development Corporation.

5. The Debtor leases Suite A of the Golden Circle property to Sagebrush LLC pursuant to a lease dated December 19, 2022. Under the lease, the monthly rent due from Sagebrush LLC is currently $12,544.20.

6. As of the Petition Date, the Debtor had approximately $368,000.

7. The Debtor filed its case to preserve its operations and value as a going concern. Because Anthem rejected mediation and was proceeding with collection of its judgment, the Debtor needs bankruptcy protection to continue to operate and reorganize its debts.

8. I have reviewed and approved the budget prepared by Josh Teeple, the Debtor's proposed financial advisor, and attached to the Cash Collateral Motion as Exhibit "1" (the "Budget"). In my opinion, the Budget is conservative and reasonable based on the Debtor's actual recent pre-petition revenues and expenses in 2023. The expenses to be paid pursuant to the Budget are the expenses necessary to continue to operate the Debtor's business.

9. Pre-petition, the Debtor had two accounts at J.P. Morgan Chase Bank, N.A., a payroll account and a deposit account with account no. ending in 8369 (the "Account"). All revenues of the Debtor were received in the Account. This includes payments from insurers, including Medicare, Medical, and others. The Debtor's revenues for lab testing are largely from insurers and the Debtor's receipts are primarily made by direct deposit. I am having a debtor-in-possession checking account (the "DIP Account") for the Debtor opened at East West Bank.

10. I was informed, on October 30, 2023, that a "legal hold" was placed on the Account due to a notice of levy on behalf of Anthem.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

11. I believe there is good cause to authorize the Debtor's continued use of the Account because it should ensure that the Debtor's revenue stream is not interrupted, which will aid the Debtor in timely paying the expenses necessary to operate. In contrast, the immediate closing of the Account could cause significant disruption to the Debtor's operations to the detriment of creditors and investors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October 30, 2023, at Santa Ana, California.

_____
SULAIMAN MASOOD

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2959238.1                                    4                                    DECLARATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Sulaiman Masood in Support of: (1) Emergency Motion for Order Authorizing Use of Cash Collateral and Turnover of Estate Property; (2) Emergency Motion for Order Authorizing Continued Use of Debtors' Pre-Existing Cash Management System; and (3) Emergency Motion for Order: (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Deeming Utilities Adequately Assured of Future Performance; and (C) Establishing Procedures for Determining Adequate Assurance of Payment Under 11 U.S.C. Section 366** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/30/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael J Hauser    michael.hauser@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/30/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Overnight Mail
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/30/2023 | Lynnette Garrett | /s/ *Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**