**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Proposed Counsel for Equaltox, LLC, Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-12243-SC |
| EQUALTOX, LLC, a California limited liability company, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF JOSH TEEPLE IN SUPPORT OF:** |
| | **(1) EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND TURNOVER OF ESTATE PROPERTY;** |
| | **(2) EMERGENCY MOTION FOR ORDER AUTHORIZING CONTINUED USE OF DEBTORS' PRE-EXISTING CASH MANAGEMENT SYSTEM; AND** |
| | **(3) EMERGENCY MOTION FOR ORDER: (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE; (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER 11 U.S.C. § 366** |
| | **[Hearing to be Set]** |

# DECLARATION OF JOSH TEEPLE

I, Josh Teeple, declare as follows:

1. I am a founding partner of the public accounting firm Grobstein Teeple ("GT"), the proposed financial advisor of Equaltox, LLC (the "Debtor"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of (1) the *Emergency Motion for Order Authorizing Use of Cash Collateral and Turnover of Property* (the "Cash Collateral Motion"); (2) the *Emergency Motion for Order Authorizing Continued Use of Debtors' Pre-Existing Cash Management System* (the "Cash Management Motion"); and (3) the *Emergency Motion for Order: (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Deeming Utilities Adequately Assured of Future Performance; and (C) Establishing Procedures for Determining Adequate Assurance of Payment Under 11 U.S.C. § 366* (the "Utility Motion"). Unless otherwise defined in this declaration, all terms defined in the Cash Collateral Motion are incorporated herein by this reference.

2. I received my Bachelor of Science degree in Business Administration from the University of Colorado, Boulder. I am a licensed and active Certified Public Accountant in the state of California and have practiced as such for 20 years. In addition, I am a Certified Fraud Examiner and Certified in Financial Forensics. I specialize in performing forensic accounting, fraud investigations, insolvency, litigation support, transactional due diligence, and auditing.

3. Pre-petition, I was provided access to the Debtor's QuickBooks online account. Based on the Debtor's QuickBooks records, the Debtor's annual revenue for 2022 was $13,990,089.60 and its revenue this year through the October 27, 2023 petition date was $5,458,116.43.

4. I analyzed the Debtor's QuickBooks profit and loss statements for the three months from July to September 2023 to determine the Debtor's monthly average revenue and expenses. Based on that analysis, I prepared the budget attached to the Cash Collateral Motion as Exhibit "1" (the "Budget"). I believe the Budget is conservative and reasonable based on the Debtor's recent

1  pre-petition revenue and expenses during the three months from July to September 2023 (as
2  reflected in QuickBooks) and includes only the expenses that appear from QuickBooks necessary
3  to operate the Debtor's business during the first 13 weeks of this bankruptcy proceeding.  Based on
4  the projections set forth in the Budget, the Debtor's cash position is expected to increase during the
5  period covered by the Budget.  Relative to the petition date, the Budget projects that the Debtor's
6  cash balance will increase by an estimated $93,921 by the week ending December 2, 2023 and an
7  estimated $191,492 by the week ending January 27, 2024.  In my opinion, the use of cash
8  collateral will aid the Debtor in continuing to operate its business and help to preserve its value as
9  a going concern.

10     5.    The amounts included for administrative expenses are on an accrual basis and are
11  mere estimates based on the information available at this time and will be impacted by the needs
12  of the case.

13     6.    I also analyzed the Debtor's QuickBooks files to determine the Debtor's utility
14  providers, the estimated monthly payments to the utility providers, and whether any deposits are
15  currently held by the utility providers.  I have reviewed the schedule attached to the Utility Motion
16  as Exhibit "1," and believe it accurately reflects the foregoing based on the Debtor's QuickBooks
17  files.

    I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

    Executed on this 30th day of October, 2023, at Lake Forest, California.



_____
JOSH TEEPLE

2651182.2                                   3                                   DECLARATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Josh Teeple in Support of: (1) Emergency Motion for Order Authorizing Use of Cash Collateral and Turnover of Estate Property; (2) Emergency Motion for Order Authorizing Continued Use of Debtors' Pre-Existing Cash Management System; and (3) Emergency Motion for Order: (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (B) Deeming Utilities Adequately Assured of Future Performance; and (C) Establishing Procedures for Determining Adequate Assurance of Payment Under 11 U.S.C. Section 366** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/30/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael J Hauser    michael.hauser@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/30/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight
Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/30/2023 | Lynnette Garrett | /s/ *Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**