**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
Timothy W. Evanston, State Bar No. 319342
*tevanston@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445-1000
Facsimile:    714 445-1002

Proposed Counsel for Equaltox, LLC, Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EQUALTOX, LLC, a California limited liability company,<br><br>Debtor and Debtor-in-Possession. | Lead Case No. 8:23-bk-12243-SC<br><br>Chapter 11<br><br>(Jointly administered with Case Nos. 8:23-bk-12198-SC and 8:23-bk-12249-SC) |
| In re<br><br>SULAIMAN MASOOD,<br><br>Debtor and Debtor-in-Possession. | **DEBTOR'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**<br><br>**Hearing Information:**<br>**DATE:** December 13, 2023<br>**TIME:** 10:00 a.m.<br>**CTRM:** 5C<br>Ronald Reagan Federal Building<br>411 West Fourth Street<br>Santa Ana, CA 92701 |
| In re<br><br>AHMAD ALI KOHZAD,<br><br>Debtor and Debtor-in-Possession. | |
| ☒ Affects EQUALTOX, LLC<br>☐ Affects SULAIMAN MASOOD<br>☐ Affects AHMAD ALI KOHZAD<br>☐ Affects all Debtors | |

2964156.1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

Equaltox, LLC, a debtor and debtor-in-possession in the above-captioned jointly administered cases (the "Debtor"), hereby submits this second supplemental brief in support of its *Emergency Motion for Order Authorizing Use of Cash Collateral* [Docket No. 9] (the "Motion").

The Debtor has resolved the objections filed by Sunwest Bank [Docket No. 75] and First-Citizens Bank & Trust Company, successor by merger to CIT Bank, N.A. [Docket No. 88]. Given the small amounts at issue and, in an effort to move this case forward in a consensual manner, the Debtor has agreed, subject to this Court's approval, to increase the proposed monthly adequate protection payments to such creditors to the full monthly payment of principal and interest during the proposed cash collateral period ending February 24, 2024. Attached hereto as Exhibit "1" is a revised budget, which, relative to the budget attached to the Debtor's reply brief [Docket No. 87], has been revised solely to reflect the agreed-to payments and to include an additional week of budget-to-actual comparison.

DATED: December 12, 2023                SMILEY WANG-EKVALL, LLP

By:      */s/ Robert S. Marticello*
         ROBERT S. MARTICELLO
         Attorneys for Equaltox, LLC, Debtor and Debtor-In-Possession

2964156.1                                2

# EXHIBIT "1"

## EqualTox, Debtor
**4 Week Cash Budget to Actual and**
**Revised 13 Week Cash Budget**

|  | Notes | Week Ended 11/4/2023 | | | Week Ended 11/11/2023 | | |
|---|---|---|---|---|---|---|---|
|  |  | Budget | Actual | Variance | Budget | Actual | Variance |
| **Cash on Hand - BOW** |  | $ 367,949 | $ 367,949 | $ - | $ 425,358 | $ 482,375 | $ 57,018 |
| **Sources of Cash:** |  |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |  |
| Sales | A | 87,126 | 106,474 | 19,348 | 87,126 | 90,610 | 3,485 |
| Rental Income - Electric Avenue | J | 0 | 20,000 | 20,000 | 0 | (20,000) | (20,000) |
| Rental Income - Golden Circle |  | 12,544 | 12,544 | 0 | 0 | 0 | 0 |
| **Total Sources of Cash** |  | $ 99,670 | $ 139,018 | $ 39,348 | $ 87,126 | $ 70,610 | $ (16,515) |
| **Uses of Cash:** |  |  |  |  |  |  |  |
| Cost of Goods Sold |  |  |  |  |  |  |  |
| Cost of Goods Sold | B | 9,671 | 0 | (9,671) | 9,671 | 0 | (9,671) |
| **Total Cost of Goods Sold** |  | $ 9,671 | $ 0 | $ (9,671) | $ 9,671 | $ 0 | $ (9,671) |
| Operating Expenses |  |  |  |  |  |  |  |
| Auto Expense | C | 825 | 1,269 | 444 | 825 | 0 | (825) |
| Bank Service Charge | C | 83 | 225 | 143 | 83 | 30 | (53) |
| Credit Card Collection Fees | C | 57 | 665 | 608 | 57 | 0 | (57) |
| Dues & Subscriptions |  | 8 | 0 | (8) | 8 | 0 | (8) |
| Employee Benefit Program - Health Insurance | D | 0 | 0 | 0 | 3,769 | 10,733 | 6,965 |
| Freight & Shipping Expense | C | 758 | 0 | (758) | 758 | 0 | (758) |
| Insurance Expense | E | 0 | 0 | 0 | 0 | 0 | 0 |
| Meals |  | 500 | 0 | (500) | 500 | 51 | (449) |
| Medical Billing Expense |  | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Supplies | C | 1,977 | 1,304 | (673) | 1,977 | 0 | (1,977) |
| Office Expense |  | 485 | 0 | (485) | 485 | 0 | (485) |
| Outside Service | K | 23,117 | 0 | (23,117) | 23,117 | 0 | (23,117) |
| Sales Commission | K |  | 0 | 0 |  | 0 | 0 |
| Parking & Toll Road Expenses |  | 101 | 0 | (101) | 101 | 0 | (101) |
| Payroll Taxes & Wages | F | 0 | 0 | 0 | 55,381 | 15,216 | (40,165) |
| Payroll Processing Fees | D | 0 | 0 | 0 | 43 | 0 | (43) |
| Printer Service |  | 651 | 0 | (651) | 651 | 0 | (651) |
| Reimbursements |  | 28 | 0 | (28) | 28 | 20 | (9) |
| Repairs & Maintenance |  | 13 | 0 | (13) | 13 | 0 | (13) |
| Security Expense | E | 0 | 0 | 0 | 0 | 0 | 0 |
| Software Expense |  | 1,706 | 223 | (1,483) | 1,706 | 0 | (1,706) |
| Supply Expense |  | 714 | 85 | (629) | 714 | 0 | (714) |
| Taxes and Licenses |  | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone Expense |  | 569 | 175 | (394) | 569 | 0 | (569) |
| Travel Expense | C | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Expense | E | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Expense | G | 1,000 | 0 | (1,000) | 1,000 | 0 | (1,000) |
| Property Tax - Golden Circle | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Tax - Electric Avenue | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Adequate Protection Payments - Interest Only |  | 0 | 0 | 0 | 0 | 0 | 0 |
| Golden Circle (Sunwest) 1st | I | 0 | 9,942 | 9,942 | 0 | (9,942) | (9,942) |
| Electric Avenue (First Citizens Bank) 1st | I | 0 | 0 | 0 | 0 | 0 | 0 |
| Electric Avenue (California State Wide) 2nd | I | 0 | 2,236 | 2,236 | 0 | 0 | 0 |
| Golden Circle (California State Wide) 2nd | I | 0 | 8,467 | 8,467 | 0 | 0 | 0 |
| **Total Uses of Cash:** |  | $ 42,261 | $ 24,591 | $ (17,669) | $ 101,454 | $ 16,108 | $ (85,346) |
| **Net Cash Inflow (Outflow)** |  | $ 57,409 | $ 114,427 | $ 57,017 | $ (14,328) | $ 54,503 | $ 68,831 |
| **Cash on Hand - EOW** |  | $ 425,358 | $ 482,375 | $ 57,017 | $ 411,029 | $ 536,878 | $ 125,848 |
| **Net Cash Inflow (Outflow) % (Over) Under Budget** |  |  |  | 99.3% |  |  | -480.4% |
| **Cash on Hand - EOW % Over (Under) Budget** |  |  |  | 13.4% |  |  | 30.6% |

**EqualTox, Debtor**
**4 Week Cash Budget to Actual and**
**Revised 13 Week Cash Budget**

|  | Notes | Week Ended 11/18/2023 | | | Week Ended 11/25/2023 | | |
|---|---|---:|---:|---:|---:|---:|---:|
|  |  | Budget | Actual | Variance | Budget | Actual | Variance |
| **Cash on Hand - BOW** |  | $ 411,029 | $ 536,878 | $ 125,848 | $ 455,894 | $ 578,584 | $ 122,690 |
| **Sources of Cash:** |  |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |  |
| Sales | A | 87,126 | 43,043 | (44,082) | 87,126 | 47,766 | (39,359) |
| Rental Income - Electric Avenue | J | 0 | 20,000 | 20,000 | 0 | (11,000) | (11,000) |
| Rental Income - Golden Circle |  | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Sources of Cash** |  | $ 87,126 | $ 63,043 | $ (24,082) | $ 87,126 | $ 36,766 | $ (50,359) |
| **Uses of Cash:** |  |  |  |  |  |  |  |
| Cost of Goods Sold |  |  |  |  |  |  |  |
| Cost of Goods Sold | B | 9,671 | 0 | (9,671) | 9,671 | 0 | (9,671) |
| **Total Cost of Goods Sold** |  | $ 9,671 | $ 0 | $ (9,671) | $ 9,671 | $ 0 | $ (9,671) |
| Operating Expenses |  |  |  |  |  |  |  |
| Auto Expense | C | 825 | 0 | (825) | 825 | 175 | (650) |
| Bank Service Charge | C | 83 | 30 | (53) | 83 | 40 | (43) |
| Credit Card Collection Fees | C | 57 | 0 | (57) | 57 | 0 | (57) |
| Dues & Subscriptions |  | 8 | 0 | (8) | 8 | 0 | (8) |
| Employee Benefit Program - Health Insurance | D | 0 | 0 | 0 | 3,769 | 0 | (3,769) |
| Freight & Shipping Expense | C | 758 | 0 | (758) | 758 | 822 | 64 |
| Insurance Expense | E | 0 | 2,358 | 2,358 | 7,957 | 0 | (7,957) |
| Meals |  | 500 | 0 | (500) | 500 | 0 | (500) |
| Medical Billing Expense |  | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Supplies | C | 1,977 | 0 | (1,977) | 1,977 | 2,420 | 443 |
| Office Expense |  | 485 | 0 | (485) | 485 | 0 | (485) |
| Outside Service | K | 23,117 | 0 | (23,117) | 23,117 | 0 | (23,117) |
| Sales Commission | K |  | 10,400 | 10,400 |  | 0 | 0 |
| Parking & Toll Road Expenses |  | 101 | 0 | (101) | 101 | 0 | (101) |
| Payroll Taxes & Wages | F | 0 | 5,789 | 5,789 | 55,381 | 15,209 | (40,172) |
| Payroll Processing Fees | D | 0 | 0 | 0 | 43 | 0 | (43) |
| Printer Service |  | 651 | 0 | (651) | 651 | 0 | (651) |
| Reimbursements |  | 28 | 0 | (28) | 28 | 24 | (4) |
| Repairs & Maintenance |  | 13 | 0 | (13) | 13 | 0 | (13) |
| Security Expense | E | 0 | 0 | 0 | 388 | 0 | (388) |
| Software Expense |  | 1,706 | 0 | (1,706) | 1,706 | 20 | (1,686) |
| Supply Expense |  | 714 | 0 | (714) | 714 | 7 | (707) |
| Taxes and Licenses |  | 0 | 2,760 | 2,760 | 0 | 0 | 0 |
| Telephone Expense |  | 569 | 0 | (569) | 569 | 431 | (139) |
| Travel Expense | C | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Expense | E | 0 | 0 | 0 | 5,026 | 0 | (5,026) |
| Miscellaneous Expense | G | 1,000 | 0 | (1,000) | 1,000 | 0 | (1,000) |
| Property Tax - Golden Circle | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Tax - Electric Avenue | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Adequate Protection Payments - Interest Only |  | 0 | 0 | 0 | 15,000 | 0 | (15,000) |
| Golden Circle (Sunwest) 1st | I | 0 | 0 | 0 | 0 | 0 | 0 |
| Electric Avenue (First Citizens Bank) 1st | I | 0 | 0 | 0 | 0 | 0 | 0 |
| Electric Avenue (California State Wide) 2nd | I | 0 | 0 | 0 | 0 | 0 | 0 |
| Golden Circle (California State Wide) 2nd | I | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Uses of Cash:** |  | $ 42,261 | $ 21,337 | $ (20,923) | $ 129,824 | $ 19,148 | $ (110,676) |
| **Net Cash Inflow (Outflow)** |  | $ 44,865 | $ 41,706 | $ (3,159) | $ (42,699) | $ 17,618 | $ 60,317 |
| **Cash on Hand - EOW** |  | $ 455,894 | $ 578,584 | $ 122,689 | $ 413,196 | $ 596,202 | $ 183,006 |
| **Net Cash Inflow (Outflow) % (Over) Under Budget** |  |  |  | -7.0% |  |  | -141.3% |
| **Cash on Hand - EOW % Over (Under) Budget** |  |  |  | 26.9% |  |  | 44.3% |

## EqualTox, Debtor
**4 Week Cash Budget to Actual and
Revised 13 Week Cash Budget**

|  | Notes | Week Ended 12/2/2023 Budget | Week Ended 12/2/2023 Actual | Week Ended 12/2/2023 Variance | 5 Weeks Ended 12/2/2023 Budget | 5 Weeks Ended 12/2/2023 Actual | 5 Weeks Ended 12/2/2023 Variance |
|---|---|---:|---:|---:|---:|---:|---:|
| **Cash on Hand - BOW** |  | $ 413,196 | $ 596,202 | $ 183,006 | $ 367,949 | $ 367,949 | $ - |
| **Sources of Cash:** |  |  |  |  |  |  |  |
| Income |  |  |  |  |  |  |  |
| Sales | A | 71,973 | 90,571 | 18,598 | 420,476 | 378,465 | (42,011) |
| Rental Income - Electric Avenue | J | 22,000 | 0 | (22,000) | 22,000 | 9,000 | (13,000) |
| Rental Income - Golden Circle |  | 12,544 | 12,544 | 0 | 25,088 | 25,088 | 0 |
| **Total Sources of Cash** |  | $ 106,517 | $ 103,116 | $ (3,402) | $ 467,564 | $ 412,553 | $ (55,010) |
| **Uses of Cash:** |  |  |  |  |  |  |  |
| Cost of Goods Sold |  |  |  |  |  |  |  |
| Cost of Goods Sold | B | 4,031 | 12,498 | 8,467 | 42,714 | 12,498 | (30,217) |
| **Total Cost of Goods Sold** |  | $ 4,031 | $ 12,498 | $ 8,467 | $ 42,714 | $ 12,498 | $ (30,216) |
| Operating Expenses |  |  |  |  |  |  |  |
| Auto Expense | C | 361 | 0 | (361) | 3,659 | 1,444 | (2,215) |
| Bank Service Charge | C | 81 | 54 | (27) | 411 | 379 | (32) |
| Credit Card Collection Fees | C | 166 | 0 | (166) | 393 | 665 | 272 |
| Dues & Subscriptions |  | 8 | 0 | (8) | 40 | 0 | (40) |
| Employee Benefit Program - Health Insurance | D | 0 | 0 | 0 | 7,538 | 10,733 | 3,196 |
| Freight & Shipping Expense | C | 205 | 0 | (205) | 3,238 | 822 | (2,416) |
| Insurance Expense | E | 0 | 0 | 0 | 7,957 | 2,358 | (5,599) |
| Meals |  | 500 | 0 | (500) | 2,500 | 51 | (2,449) |
| Medical Billing Expense |  | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Supplies | C | 931 | 10,000 | 9,069 | 8,839 | 13,724 | 4,885 |
| Office Expense |  | 485 | 0 | (485) | 2,425 | 0 | (2,425) |
| Outside Service | K | 18,017 | 4,819 | (13,197) | 110,483 | 4,819 | (105,664) |
| Sales Commission | K | 5,100 | 13,910 | 8,810 | 5,100 | 24,310 | 19,210 |
| Parking & Toll Road Expenses |  | 101 | 0 | (101) | 503 | 0 | (503) |
| Payroll Taxes & Wages | F | 0 | 6,303 | 6,303 | 110,762 | 42,517 | (68,245) |
| Payroll Processing Fees | D | 0 | 0 | 0 | 87 | 0 | (87) |
| Printer Service |  | 651 | 0 | (651) | 3,255 | 0 | (3,255) |
| Reimbursements |  | 28 | 0 | (28) | 141 | 44 | (97) |
| Repairs & Maintenance |  | 13 | 0 | (13) | 65 | 0 | (65) |
| Security Expense | E | 0 | 0 | 0 | 388 | 0 | (388) |
| Software Expense |  | 1,706 | 3,800 | 2,094 | 8,529 | 4,043 | (4,486) |
| Supply Expense |  | 714 | 130 | (584) | 3,568 | 222 | (3,346) |
| Taxes and Licenses |  | 0 | 0 | 0 | 0 | 2,760 | 2,760 |
| Telephone Expense |  | 569 | 241 | (329) | 2,845 | 846 | (1,999) |
| Travel Expense | C | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Expense | E | 0 | 0 | 0 | 5,026 | 0 | (5,026) |
| Miscellaneous Expense | G | 1,000 | 0 | (1,000) | 5,000 | 0 | (5,000) |
| Property Tax - Golden Circle | H | 6,961 | 0 | (6,961) | 6,961 | 0 | (6,961) |
| Property Tax - Electric Avenue | H | 6,239 | 0 | (6,239) | 6,239 | 0 | (6,239) |
| Adequate Protection Payments - Interest Only |  |  | 0 | 0 | 15,000 | 0 | (15,000) |
| Golden Circle (Sunwest) 1st | I | 8,187 | 0 | (8,187) | 8,187 | 0 | (8,187) |
| Electric Avenue (First Citizens Bank) 1st | I | 2,160 | 0 | (2,160) | 2,160 | 0 | (2,160) |
| Electric Avenue (California State Wide) 2nd | I | 745 | 0 | (745) | 745 | 2,236 | 1,491 |
| Golden Circle (California State Wide) 2nd | I | 4,950 | 0 | (4,950) | 4,950 | 8,467 | 3,517 |
| **Total Uses of Cash:** |  | $ 63,908 | $ 51,754 | $ (12,154) | $ 379,707 | $ 132,938 | $ (246,769) |
| **Net Cash Inflow (Outflow)** |  | $ 42,609 | $ 51,361 | $ 8,752 | $ 87,857 | $ 279,615 | $ 191,758 |
| **Cash on Hand - EOW** |  | $ 455,805 | $ 647,563 | $ 191,758 | $ 455,806 | $ 647,564 | $ 191,758 |
| **Net Cash Inflow (Outflow) % (Over) Under Budget** |  |  |  | 20.5% |  |  | 218.3% |
| **Cash on Hand - EOW % Over (Under) Budget** |  |  |  | 42.1% |  |  | 42.1% |

## EqualTox, Debtor
**4 Week Cash Budget to Actual and Revised 13 Week Cash Budget**

| | Notes | Post-Petition Weekly Cash Budget as Forecasted | | | | | |
|---|---|---|---|---|---|---|---|
| | | Week Ending 12/9/23 | Week Ending 12/16/23 | Week Ending 12/23/23 | Week Ending 12/30/23 | Week Ending 1/6/24 | Week Ending 1/13/24 |
| **Cash on Hand - BOW** | | $ 455,805 | $ 445,919 | $ 440,167 | $ 416,911 | $ 442,218 | $ 446,401 |
| **Sources of Cash:** | | | | | | | |
| Income | | | | | | | |
| Sales | A | 71,973 | 71,973 | 71,973 | 71,973 | 71,973 | 71,973 |
| Rental Income - Electric Avenue | J | 0 | 0 | 0 | 0 | 20,000 | 0 |
| Rental Income - Golden Circle | | 0 | 0 | 0 | 0 | 12,544 | 0 |
| **Total Sources of Cash** | | $ 71,973 | $ 71,973 | $ 71,973 | $ 71,973 | $ 104,517 | $ 71,973 |
| **Uses of Cash:** | | | | | | | |
| Cost of Goods Sold | | | | | | | |
| Cost of Goods Sold | B | 4,031 | 4,031 | 4,031 | 4,031 | 4,031 | 4,031 |
| **Total Cost of Goods Sold** | | $ 4,031 | $ 4,031 | $ 4,031 | $ 4,031 | $ 4,031 | $ 4,031 |
| Operating Expenses | | | | | | | |
| Auto Expense | C | 361 | 361 | 361 | 361 | 361 | 361 |
| Bank Service Charge | C | 81 | 81 | 81 | 81 | 81 | 81 |
| Credit Card Collection Fees | C | 166 | 166 | 166 | 166 | 166 | 166 |
| Dues & Subscriptions | | 8 | 8 | 8 | 8 | 8 | 8 |
| Employee Benefit Program - Health Insurance | D | 3,769 | 0 | 3,769 | 0 | 3,769 | 0 |
| Freight & Shipping Expense | C | 205 | 205 | 205 | 205 | 205 | 205 |
| Insurance Expense | E | 0 | 0 | 7,957 | 0 | 0 | 0 |
| Meals | | 500 | 500 | 500 | 500 | 500 | 500 |
| Medical Billing Expense | | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Supplies | C | 931 | 931 | 931 | 931 | 931 | 931 |
| Office Expense | | 485 | 485 | 485 | 485 | 485 | 485 |
| Outside Service | K | 18,017 | 18,017 | 18,017 | 18,017 | 18,017 | 18,017 |
| Sales Commission | K | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| Parking & Toll Road Expenses | | 101 | 101 | 101 | 101 | 101 | 101 |
| Payroll Taxes & Wages | F | 43,381 | 12,000 | 43,381 | 12,000 | 43,381 | 12,000 |
| Payroll Processing Fees | D | 43 | 0 | 43 | 0 | 43 | 0 |
| Printer Service | | 651 | 651 | 651 | 651 | 651 | 651 |
| Reimbursements | | 28 | 28 | 28 | 28 | 28 | 28 |
| Repairs & Maintenance | | 13 | 13 | 13 | 13 | 13 | 13 |
| Security Expense | E | 0 | 0 | 388 | 0 | 0 | 0 |
| Software Expense | | 1,706 | 1,706 | 1,706 | 1,706 | 1,706 | 1,706 |
| Supply Expense | | 714 | 714 | 714 | 714 | 714 | 714 |
| Taxes and Licenses | | 0 | 15,846 | 0 | 0 | 0 | 0 |
| Telephone Expense | | 569 | 569 | 569 | 569 | 569 | 569 |
| Travel Expense | C | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Expense | E | 0 | 0 | 5,026 | 0 | 0 | 0 |
| Miscellaneous Expense | G | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Tax - Golden Circle | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Tax - Electric Avenue | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Adequate Protection Payments - Interest Only | | | | | | | |
| Golden Circle (Sunwest) 1st | I | 0 | 11,696 | 0 | 0 | 9,942 | 0 |
| Electric Avenue (First Citizens Bank) 1st | I | 0 | 3,517 | 0 | 0 | 2,839 | 0 |
| Electric Avenue (California State Wide) 2nd | I | 0 | 0 | 0 | 0 | 745 | 0 |
| Golden Circle (California State Wide) 2nd | I | 0 | 0 | 0 | 0 | 4,950 | 0 |
| **Total Uses of Cash:** | | $ 81,859 | $ 77,726 | $ 95,230 | $ 46,666 | $ 100,335 | $ 46,666 |
| **Net Cash Inflow (Outflow)** | | $ (9,886) | $ (5,752) | $ (23,256) | $ 25,307 | $ 4,183 | $ 25,307 |
| **Cash on Hand - EOW** | | $ 445,919 | $ 440,167 | $ 416,911 | $ 442,218 | $ 446,401 | $ 471,708 |

**Net Cash Inflow (Outflow) % (Over) Under Budget**
**Cash on Hand - EOW % Over (Under) Budget**

## EqualTox, Debtor
**4 Week Cash Budget to Actual and Revised 13 Week Cash Budget**

| | Notes | Week Ending 1/20/24 | Week Ending 1/27/24 | Week Ending 2/3/24 | Week Ending 2/10/24 | Week Ending 2/17/24 | Week Ending 2/24/24 |
|---|---|---|---|---|---|---|---|
| | | **Post-Petition Weekly Cash Budget as Forecasted** | | | | | |
| **Cash on Hand - BOW** | | $ 471,708 | $ 448,452 | $ 473,760 | $ 467,686 | $ 507,062 | $ 500,988 |
| **Sources of Cash:** | | | | | | | |
| Income | | | | | | | |
| Sales | A | 71,973 | 71,973 | 71,973 | 71,973 | 71,973 | 71,973 |
| Rental Income - Electric Avenue | J | 0 | 0 | 0 | 20,000 | 0 | 0 |
| Rental Income - Golden Circle | | 0 | 0 | 0 | 12,544 | 0 | 0 |
| **Total Sources of Cash** | | $ 71,973 | $ 71,973 | $ 71,973 | $ 104,517 | $ 71,973 | $ 71,973 |
| **Uses of Cash:** | | | | | | | |
| Cost of Goods Sold | | | | | | | |
| Cost of Goods Sold | B | 4,031 | 4,031 | 4,031 | 4,031 | 4,031 | 4,031 |
| **Total Cost of Goods Sold** | | $ 4,031 | $ 4,031 | $ 4,031 | $ 4,031 | $ 4,031 | $ 4,031 |
| Operating Expenses | | | | | | | |
| Auto Expense | C | 361 | 361 | 361 | 361 | 361 | 361 |
| Bank Service Charge | C | 81 | 81 | 81 | 81 | 81 | 81 |
| Credit Card Collection Fees | C | 166 | 166 | 166 | 166 | 166 | 166 |
| Dues & Subscriptions | | 8 | 8 | 8 | 8 | 8 | 8 |
| Employee Benefit Program - Health Insurance | D | 3,769 | 0 | 0 | 0 | 0 | 0 |
| Freight & Shipping Expense | C | 205 | 205 | 205 | 205 | 205 | 205 |
| Insurance Expense | E | 7,957 | 0 | 0 | 0 | 0 | 0 |
| Meals | | 500 | 500 | 500 | 500 | 500 | 500 |
| Medical Billing Expense | | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Supplies | C | 931 | 931 | 931 | 931 | 931 | 931 |
| Office Expense | | 485 | 485 | 485 | 485 | 485 | 485 |
| Outside Service | K | 18,017 | 18,017 | 18,017 | 18,017 | 18,017 | 18,017 |
| Sales Commission | K | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| Parking & Toll Road Expenses | | 101 | 101 | 101 | 101 | 101 | 101 |
| Payroll Taxes & Wages | F | 43,381 | 12,000 | 43,381 | 12,000 | 43,381 | 12,000 |
| Payroll Processing Fees | D | 43 | 0 | 0 | 0 | 0 | 0 |
| Printer Service | | 651 | 651 | 651 | 651 | 651 | 651 |
| Reimbursements | | 28 | 28 | 28 | 28 | 28 | 28 |
| Repairs & Maintenance | | 13 | 13 | 13 | 13 | 13 | 13 |
| Security Expense | E | 388 | 0 | 0 | 0 | 0 | 0 |
| Software Expense | | 1,706 | 1,706 | 1,706 | 1,706 | 1,706 | 1,706 |
| Supply Expense | | 714 | 714 | 714 | 714 | 714 | 714 |
| Taxes and Licenses | | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone Expense | | 569 | 569 | 569 | 569 | 569 | 569 |
| Travel Expense | C | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Expense | E | 5,026 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Expense | G | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Tax - Golden Circle | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Tax - Electric Avenue | H | 0 | 0 | 0 | 0 | 0 | 0 |
| Adequate Protection Payments - Interest Only | | | | | | | |
| Golden Circle (Sunwest) 1st | I | 0 | 0 | 0 | 9,942 | 0 | 0 |
| Electric Avenue (First Citizens Bank) 1st | I | 0 | 0 | 0 | 2,839 | 0 | 0 |
| Electric Avenue (California State Wide) 2nd | I | 0 | 0 | 0 | 745 | 0 | 0 |
| Golden Circle (California State Wide) 2nd | I | 0 | 0 | 0 | 4,950 | 0 | 0 |
| **Total Uses of Cash:** | | $ 95,230 | $ 46,666 | $ 78,047 | $ 65,141 | $ 78,047 | $ 46,666 |
| **Net Cash Inflow (Outflow)** | | $ (23,256) | $ 25,307 | $ (6,074) | $ 39,376 | $ (6,074) | $ 25,307 |
| **Cash on Hand - EOW** | | $ 448,452 | $ 473,760 | $ 467,686 | $ 507,062 | $ 500,988 | $ 526,295 |

**Net Cash Inflow (Outflow) % (Over) Under Budget**
**Cash on Hand - EOW % Over (Under) Budget**

**Notes**

*These notes are an integral part of the attached budget. Unless otherwise noted, forecasted expenses are primarily based upon the Debtor's last three months of pre-petition operations as reflected in the Debtor's QuickBooks general ledger. The general ledger is kept on a modified cash basis, so no timing adjustments related to accounts receivable and accounts payable are reflected herein. Amounts forecasted are based on historical information and management's best estimate of future results. Actual results may differ significantly from those projected.*

A)  The Debtor's pre-petition QBO records included approximately $9,868 of misallocated pre-petition payroll tax payments. Due to timing issues related to the way QBO Payroll records the Debtor's payroll, this amount was removed from the "Sales" account to balance opening cash on actual for the week ending 11/4/23. Forecasted sales amounts are based on post-petition actual weekly average and assumes regular weekly collections.

B)  The Debtor's average COGS as a percentage of sales is 5.6%.

C)  Based on average post-petition expenditures.

D)  Assumes paid bi-weekly.

E)  Assumes paid monthly.

F)  The Debtor uses QuickBooks Payroll to pay wages and taxes. There is a timing lag between when paychecks are paid and payroll taxes are remitted. Forecasted payroll includes W2 wages paid to insiders. Payroll is paid every other week.

G)  Provision for unanticipated expenses.

H)  Provision for 1st payment on property taxes. 2nd payment is not due until April 2024.

I)  Mortgage payments on Golden Circle and Electric Avenue were automatically drawn from the Debtor's pre-petition Chase account via ACH by the lenders on or about November 1, 2023. Forecasted adequate payment amounts are estimated and are assumed to be paid monthly. The budgeted payments for SunWest and First Citizens Bank for the week ending 12/16/23 include principal and interest payments for November and principal catch up payments for December.

J)  The Electric Avenue tenant paid two checks which both bounced then made another $9,000 payment. Therefore, the Debtor is owed $11,000 from the tenant for the month of November which is assumed paid with the December rent payment.

K)  Based on management's estimate of post-petition expenditures. Prior to filing, the Debtor booked sales commissions in its outside services account. These amounts were used in the Debtor's original budget. Post-petition, sales commissions have been recorded as its own line item.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing documents entitled (*specify*): **Debtor's Second Supplemental Brief in Support of Emergency Motion for Order Authorizing Use of Cash Collateral**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/12/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **12/12/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/12/2023 | Lynnette Garrett | /s/ *Lynnette Garrett* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Lauren N Gans    lgans@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Robert S McWhorter    rmcwhorter@buchalter.com, ewaldrop@buchalter.com;dpowers@buchalter.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- Jarrett S Osborne-Revis    josbornerevis@buchalter.com, ewaldrop@buchalter.com;dpowers@buchalter.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Michael Simon    msimon@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Roye Zur    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**